| | |
|---|---|
| THE LAW OFFICES OF DAVID W. WOLF | ATTORNEY FOR PLAINTIFF |
| BY:  DAVID W. WOLF, ESQUIRE | DANIEL J. HUDYKA |
| 1616 WALNUT STREET – SUITE 908 | |
| PHILADELPHIA, PENNSYLVANIA 19103 | |
| (215) 546-7450; FAX (215) 546-0753 | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL J. HUDYKA, | : | **CIVIL ACTION** |
| | : | **NO. 06-2891 (TJS)** |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| SUNOCO, INC., | : | |
| | : | |
| Defendant. | : | **HON. TIMOTHY J. SAVAGE** |
| | : | |

**NOTICE OF DISMISSAL**

Kindly mark this matter as dismissed and settled.


Dated:  June 6, 2007                                By:_____
                                                                    **DAVID W. WOLF, ESQUIRE**
                                                                    **Attorney for Plaintiff**
                                                                       Mr. Daniel J. Hudyka

**ECF Signature Validation Code DWW1966**

THE LAW OFFICES OF DAVID W. WOLF   ATTORNEY FOR PLAINTIFF
BY:  DAVID W. WOLF, ESQUIRE
1616 WALNUT STREET – SUITE 908
PHILADELPHIA, PENNSYLVANIA 19103
(215) 546-7450; FAX (215) 546-0753

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL J. HUDYKA, | : | **CIVIL ACTION** |
| | : | **NO. 06-2891 (TJS)** |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| SUNOCO, INC., | : | |
| | : | |
| Defendant. | : | **HON. TIMOTHY J. SAVAGE** |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached was served upon the following by first class U.S. Mail, postage prepaid, on the date set forth below:

Farrah I. Gold, Esquire
Ballard, Spahr. Andrews & Ingersoll, LLP
1735 Market Street – Fifty-First Floor
Philadelphia, Pennsylvania 19103-7599


Dated:    June 6, 2007            _____
                                   **JOSEPH F. SCHWARTZ**